UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
BRIAN AARNE,

                Plaintiff,

                                           20-CV-5092 (JPC)
     -v-

                                           ORDER
LONG ISLAND RAILROAD COMPANY,

                Defendant.

-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

        On December 21, 2020, the Court granted Defendant's motion for leave to file a third-party complaint.  (Dkt. 14.)  Defendant has not done so.  Within one week of the filing of this Order, the parties shall file a joint letter updating the Court on the status of this case and, in particular, the status of the filing of the third-party complaint and service upon the third-party defendant.

        SO ORDERED.

Dated: January 12, 2021
       New York, New York

                                                  JOHN P. CRONAN
                                             United States District Judge