UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                 :

BRIAN AARNE,                            :

                  Plaintiff,            :

                            :         20-CV-5092 (JPC)

      -v-                       :

                            :         ORDER

LONG ISLAND RAILROAD COMPANY,   :

                            :

               Defendant.      :

                            :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On March 23, 2021, the Court ordered the parties to submit a joint letter updating the Court

on the status of the case by August 7, 2021.  Dkt. 26.  The parties failed to submit this letter to the

Court.  By October 8, 2021, the parties must file on ECF the joint letter described in Dkt. 26.

SO ORDERED.

Dated: October 1, 2021
      New York, New York                         JOHN P. CRONAN
                                       United States District Judge