UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                :
BRIAN AARNE,                                    :
                                                :
                        Plaintiff,              :
                                                :                   20 Civ. 5092 (JPC)
        -v-                                     :
                                                :                   ORDER
LONG ISLAND RAILROAD COMPANY,                   :
                                                :
                        Defendant.              :
                                                :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      Trial in this case is scheduled to commence on December 5, 2022. By October 3, 2022, the parties shall file a joint status letter stating whether they anticipate this case will proceed to trial and, if so, whether the parties are instead available to begin trial on December 12, 2022, December 19, 2022, January 23, 2023, or January 30, 2023.

      SO ORDERED.

Dated: September 21, 2022
      New York, New York

                                           JOHN P. CRONAN
                                           United States District Judge