```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
BRIAN AARNE,                                                     :
                                                                 :
                              Plaintiff,                         :
                                                                 :        20 Civ. 5092 (JPC)
              -v-                                                :
                                                                 :                ORDER
LONG ISLAND RAILROAD COMPANY,                                    :
                                                                 :
                              Defendant.                         :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      The Court adjourns trial in this matter to commence on February 13, 2023. The parties shall submit a Joint Proposed Pretrial Order, as described in Rule 7.B of the Court's Individual Rules and Practices in Civil Cases, on January 17, 2023. On that date, the parties shall also submit all pretrial filings specified in Rule 7.C of the Court's Individual Rules and file any motions *in limine*. Oppositions to any motions *in limine* shall be filed by January 24, 2023.

      The Court will hold a Final Pretrial Conference on February 3, 2023, at 10:00 a.m., in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York.

      SO ORDERED.

Dated: October 11, 2022
       New York, New York

                                                JOHN P. CRONAN
                                        United States District Judge