UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
 :
BRIAN AARNE, :
 :
                          Plaintiff, :
 : 20 Civ. 5092 (JPC)
     -v- :
 : ORDER
LONG ISLAND RAILROAD COMPANY, :
 :
                        Defendant. :
 :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       Attached to this order is the Court's current draft of voir dire questions for prospective jurors. The parties should be prepared to address any objections to the proposed questions at the final pretrial conference scheduled for February 2, 2023, at 10:00 a.m.

       SO ORDERED.

Dated: January 30, 2023
       New York, New York

                                                           JOHN P. CRONAN
                                                           United States District Judge